IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK BRYAN MARTIN-DOBSON | ) ) |
| v. | ) NO. 3-12-1144 ) JUDGE CAMPBELL ) |
| DARON HALL, et al. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 28), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Hall's Motion to Dismiss (Docket No. 16) is GRANTED, and Plaintiff's claims against Defendant Hall are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE