IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARK BRYAN MARTIN-DOBSON )
)
v. )
) NO. 3:12-1144
)
DARON HALL, et al. )

**O R D E R**

Presently pending before the Court is the defendants' motion (Docket Entry No. 36) to modify the scheduling order (Docket Entry No. 18) to extend the deadline for the filing of dispositive motions. The motion is GRANTED. The deadline for the filing of dispositive motions is extended to June 25, 2013.

Also pending before the Court is the plaintiff's motion (Docket Entry No. 34) to reschedule the evidentiary hearing currently set for August 1, 2013, because he has a criminal matter scheduled on the same day. The plaintiff's motion is GRANTED. The evidentiary hearing is reset for **Thursday, September 12, 2013, at 9:00 a.m.**

The plaintiff has filed a request (Docket Entry No. 35) that the Court enter an order requiring the defendants to turn over discovery materials. The Court shall treat this request as a motion to compel. The request is DENIED. First, although the plaintiff sets out in his motion the items he asserts that he requested in discovery, he has not attached a copy of the actual discovery requests showing when they were served upon the defendants nor set out the defendants' response, if any. Second, the plaintiff has not complied with the requirement set out in Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule 37.01(b)(3) that his motion contain a statement certifying

that he has conferred with or attempted to confer with counsel for the defendants upon whom discovery was served in a good faith effort to resolve the matter without court action.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge